433 A.2d 105

In the interest of Strayer.

Appeal of Ella Jane Strayer, Natural Mother.

Lawrence County Children's Services, Participating Party.

Submitted April 12, 1979.   Eric A. Rohrbaugh, for appellant;  Norman J. Barilla, for appellee;  Charles W. Garbett, for participating party.

Before SPAETH, WATKINS and VAN der VOORT, JJ.

Order affirmed.

SPAETH, J., concurred in the result.

433 A.2d 106

Lisk Plumbing etc. v. Corbett et ux., Appellants.

Argued November 15, 1979. Allen E. Macleod, for appellants;  W. Thomas Laffey, Jr., for appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Affirmed.

HOFFMAN, J., concurred in the result.